# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| PACIFIC SUNWEAR OF CALIFORNIA, INC., ) | Case No. 16-10882 (LSS) |
| a California corporation, *et al.* ) | |
| ) | (Joint Administration Requested) |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that The Taubman Landlords[1], hereby enter their appearance through their undersigned counsel in accordance with 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010, and pursuant to 11 U.S.C. §§102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, request that all notices given or required to be given in this case, and all papers served or required to be served in this case be given to and served upon the following counsel:

| | |
|---|---|
| Andrew S. Conway, Esquire | Susan E. Kaufman, Esquire |
| The Taubman Company | Law Office of Susan E. Kaufman, LLC |
| 200 East Long Lake Road, Suite 300 | 919 North Market Street, Suite 460 |
| Bloomfield Hills, MI 48304 | Wilmington, DE 19801 |
| Ph. (248) 258-7427 | Ph.  (302) 472-7420 |
| Fax: (248) 258-7481 | Fax:  (302) 792-7420 |
| aconway@taubman.com | skaufman@skaufmanlaw.com |

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which for purposes of this case include the following: Fairfax Company of Virginia L.L.C., commonly known as Fair Oaks, located in Fairfax, Virginia; Tampa Westshore Associates Limited Partnership, commonly known as International Plaza, located in Tampa, Florida; Twelve Oaks Mall, LLC, commonly known as Twelve Oaks Mall, located in Novi, Michigan; Taubman Prestige Outlets Chesterfield LLC, commonly known as Prestige Outlets of Chesterfield, located in Chesterfield, Missouri; Taubman Auburn Hills Associates Limited Partnership, commonly known as Great Lakes Crossing located in Auburn Hills, Michigan; Dolphin Mall Associates LLC commonly known as Dolphin Mall in Miami, FL; SunValley Shopping Center, LLC commonly known as SunValley Mall located in Concord, CA; TB Mall at UTC LLC, commonly known as The Mall at University Town Center located in Sarasota, FL; Taubman-Cherry Creek Shopping Center L.L.C., commonly known as Cherry Creek located in Denver, CO; West Farms Mall, LLC, commonly known as Westfarms Mall located in Farmington, CT.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affects or seek to affect in any way the rights or interests of Landlords.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Landlords request that its attorneys be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Landlords to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

Date:  April 7, 2016                              LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com