**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PACIFIC SUNWEAR OF CALIFORNIA, INC., a California corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 16-10882 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: May 3, 2016 at 3:00 p.m. (ET)<br>Objection Deadline: April 25, 2016 at 4:00 p.m. (ET)<br><br>Re: Docket Nos. 8, 12, 13, 14, 19, 20, 21, 22, 23, 24, 25, 94, 98, 99, & 100 |

### OMNIBUS NOTICE OF PLEADINGS AND HEARING THEREON

**PLEASE TAKE NOTICE** that, on April 7, 2016, Pacific Sunwear of California, Inc. and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed certain pleadings with the Court seeking "first day" relief (collectively, the "First Day Pleadings").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings was held on April 8, 2016, after which the Court entered orders granting the relief requested in the following First Day Pleadings on an interim basis (such motions, the "Interim Relief Motions" and such interim orders, the "Interim Orders"):

1. Debtors' Motion for Entry of an Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages, Salaries, and Bonuses, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (VI) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [D.I. 8, 4/7/16]

2. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [D.I. 12, 4/7/16]

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Pacific Sunwear of California, Inc. (9463-CA); Miraloma Borrower Corporation (0381-Del.); and Pacific Sunwear Stores Corp. (5792-CA). The Debtors' address is 3450 East Miraloma Avenue, Anaheim, CA 92806.

3. Debtors' Emergency *Ex Parte* Motion, Pursuant to Bankruptcy Code Sections 105(a), 362, and 541, for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Equity Interests in, and Claims Against, the Debtors and Certain Worthless Stock Deductions, *Nunc Pro Tunc* to the Petition Date [D.I. 13, 4/7/16]

4. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Granting Related Relief, and (VII) Scheduling a Final Hearing [D.I. 14, 4/7/16]

**PLEASE TAKE FURTHER NOTICE** that, on April 7, 2016, the Debtors also filed the following pleadings (collectively, the "Second Day Pleadings"):

1. Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Procedures and Deadlines Concerning Executory Contracts and Unexpired Leases, (V) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving and Tabulating Votes on the Plan, and (VI) Approving the Form of Ballot and Notice to Non-Voting Plan Classes [D.I. 19]

2. Debtors' Motion for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 20]

3. Debtors' Motion, Pursuant to Sections 501 and 502 of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e), for Order Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [D.I. 21]

4. Debtors' Motion for Entry of An Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, and (III) Granting Related Relief [D.I. 22]

5. Debtors' Motion for Entry of an Order Providing That Creditors' Committees are Not Authorized or Required to Provide Access to Confidential or Privileged Information to Creditors [D.I. 23]

6. Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized By the Debtors in the Ordinary Course of Business [D.I. 24]

7. Debtors' Motion for Entry of an Order Establishing Procedures for the Rejection of Executory Contracts and Unexpired Leases of Nonresidential Real Property [D.I. 25]

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Second Day Pleadings and final approval of the Interim Relief Motions is scheduled for **May 3, 2016 at 3:00 p.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of orders approving the Second Day Pleadings and Interim Relief Motions on a final basis must be filed on or before **April 25, 2016 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response(s) so as to be received on or before the Objection Deadline upon the following parties: (a) Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, California 90067, Attn: Michael L. Tuchin, Esq. and Jonathan M. Weiss, Esq., and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Michael R. Nestor, Esq., counsel for the Debtors; (b) the Office of the United States Trustee for the District of Delaware; 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Juliet Sarkessian, (c) counsel to any Committee; (d) Choate, Hall & Stewart LLP (Attn: John F. Ventola, Esq. and Sean M. Monahan, Esq.) and Richards, Layton & Finger, P.A. (Mark D. Collins, Esq. and John H. Knight, Esq.), attorneys for the DIP Agent and the Prepetition ABL Agent; and (e) Kirkland & Ellis LLP (Attn: Joshua Sussberg, Esq. and Melissa Koss, Esq.), attorneys for the Prepetition Term Loan Agent.

**IF NO OBJECTIONS TO APPROVAL OF THE SECOND DAY PLEADINGS AND THE INTERIM RELIEF MOTIONS ON A FINAL BASIS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.**

**PLEASE TAKE FURTHER NOTICE THAT** copies of the First Day Pleadings, Interim Orders, and Second Day Pleadings are available for inspection during regular business hours, Monday through Friday 8:00 a.m. to 4:00 p.m. (Prevailing Eastern Time), excluding federal holidays, at the office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. In addition, copies may be obtained: by visiting the website maintained by the Debtors' claims and noticing agent, Prime Clerk LLC ("Prime Clerk"), at http://cases.primeclerk.com/PacSun; by request to Prime Clerk at 855-410-7361 (toll free) or 212-257-5494 (international callers); by request to Debtors' counsel at msmith@ycst.com; or from the Bankruptcy Court's website, www.deb.uscourts.gov, for a fee. A PACER login and password are required to access documents on the Bankruptcy Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

01:18549162.1

| | |
|---|---|
| Dated: April 8, 2016 | */s/ Maris J. Kandestin*<br>Michael R. Nestor, Esq. (Bar No. 3526)<br>Joseph M. Barry, Esq. (Bar No. 4221)<br>Maris J. Kandestin, Esq. (Bar No. 5294)<br>Shane M. Reil, Esq. (Bar No. 6195)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600; Fax: (302) 571-1253<br>Email: mnestor@ycst.com<br>       jbarry@ycst.com<br>       mkandestin@ycst.com<br>       sreil@ycst.com<br><br>and<br><br>Michael L. Tuchin, Esq.<br>David M. Guess, Esq.<br>Jonathan M. Weiss, Esq.<br>Sasha M. Gurvitz, Esq.<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 407-4029; Fax: (310) 407-9090<br>Email: mtuchin@ktbslaw.com<br>       dguess@ktbslaw.com<br>       jweiss@ktbslaw.com<br>       sgurvitz@ktbslaw.com<br><br>*Proposed Counsel to Debtors*<br>*and Debtors in Possession* |